IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-111 JJF |
| JANE RUIZ, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has received a Memorandum of Plea Agreement in the above-captioned case (D.I. 2);

IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Wednesday, November 29, 2006 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and November 29, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

November 8, 2006
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE

F I L E D

NOV - 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE