```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
                               :
        Plaintiff,              :
                               :
     v.                         :   Criminal Action No. 06-111 JJF
                               :
JANE RUIZ,                      :
                               :
        Defendant.              :
```

### O R D E R

IT IS HEREBY ORDERED that an Arraignment and Rule 11 hearing will be held on the proposed plea agreement on **Thursday, December 14, 2006 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

_November 30, 2006_
DATE

_____
UNITED STATES DISTRICT JUDGE

