AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **DELAWARE** _____

UNITED STATES OF AMERICA
V.
JANE RUIZ

WILMINGTON, DE 19808

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:     CR 06-111-JJF

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building** **844 North King Street** | **Magistrate Ctrm # 6C, 6th Floor** |
| **Wilmington, Delaware 19801** | Date and Time |
| Before:    **Honorable Mary Pat Thynge, U.S. Magistrate Judge** | 12/14/06 @ 2:00 PM |

**\*\* Please report to the U.S. Marshal's office Rm #100 by 1:00 PM**

To answer a(n)
X  Indictment     ☐  Information     ☐  Complaint     ☐  Violation Notice     ☐  Probation Violation Petition

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) _____ 641 _____

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN AND CONVERT MONEY FROM THE
SOCIAL SECURITY ADMINISTRATION - ( COUNT I )

```
FILED

DEC 13 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

BY: _____ Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court _____
Name and Title of Issuing Officer

December 5, 2006 at Wilmington, DE _____
Date

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
| --- |

Date

Service was made by me

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____ ert. Mail _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____ 12-12-06 _____
Date

_____ D. W. Thomas _____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jane Ruiz

Wilmington, DE  19808

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( *Printed Name*)     C. Date of Delivery
                                     12/7/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   7004 1160 0006 7939 9361

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Cover

For delivery information visit our website

OFFICI

Postage | $

Certified Fee

Return Receipt
(Endorsement

Restri
(End

Jane Ruiz
Wilmington, DE  19808

mark
here

12/6

Sen
Street, .
or PO Bo.
City, State, .

PS Form 3800, June 2002          See Reverse for Instructions

7004 1160 0006 7939 9361