IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-111 JJF |
| JANE RUIZ, | : |
| Defendant. | : |

**ORDER**

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against her in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, March 29, 2007, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

January 18, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE